■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MAXWELL, Appellant. [644 NYS2d 904] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered June 21, 1994, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of assault in the second degree and criminal possession of a weapon in the fourth degree is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80). Miller, J. P., Ritter, Santucci and Altman, JJ., concur.